1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  NORTH COUNTY TRANSIT DISTRICT, a                    CASE NO. 06cv0213 DMS (BLM)
    public agency transportation district,
12                                                      **ORDER PROVIDING TENTATIVE**
                                        Plaintiff,      **RULING**
13           vs.
14
15  ATLANTIC RICHFIELD COMPANY, a
    Delaware corporation; BP AMERICAN,
16  INC., a Delaware corporation; FRENCH
    AMERICAN INVESTORS, INC., dba 7
17  DAY TIRE AND BRAKE, a California
    corporation; SAMUEL E. WILLIAMSON,
18  individually; MARCIA D. WILLIAMSON,
    individually; TEXACO, INC., a Delaware
19  corporation; FIRST SAN DIEGO
    PROPERTIES XI, a California limited
20  liability company or limited partnership;
    FRANK B. RAMOS, individually; 2719
21  LTD., a California limited partnership; and
    DOES 7-50, inclusive,
22
                                        Defendants.
23

24          Currently pending before the Court are Defendants' motions to dismiss and motion to strike,

25  pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), respectively.  Plaintiff has filed its

26  oppositions, and Defendants have filed their replies.  Oral argument on the motions is scheduled for

27  September 22, 2006, at 1:30 p.m.

28          In anticipation of this hearing, the Court offers the following tentative rulings: Defendants'

motions to dismiss are tentatively GRANTED-IN-PART and DENIED-IN-PART.   Defendants'
motions are tentatively DENIED as to the second claim for relief for violation of the Comprehensive
Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601 *et seq.*,
and the third claim for relief for violation of the California Hazardous Substances Account Act
(California Health & Safety Code § 25300 *et seq.*)   Defendants' motions are tentatively GRANTED
with prejudice as to Plaintiff's fourth claim for relief for Reimbursement for Costs of Abatement
(California Water Code § 13304); fifth claim for relief for unjust enrichment; sixth claim for relief for
equitable indemnity and contribution; and tentatively GRANTED without prejudice as to the seventh
claim for relief for negligence.   Defendants' motion to strike is tentatively GRANTED.

**IT IS SO ORDERED.**

DATED:  September 20, 2006

_____

HON. DANA M. SABRAW
United States District Judge

cc: Judge Major
     All parties

- 2 -